IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DANIEL ERIC COBBLE,

    Petitioner,

v.

WARDEN MARTY ALLEN,[1]

    Respondent.

CIVIL ACTION NO.: 6:17-cv-105

## O R D E R

Petitioner Daniel Eric Cobble ("Cobble"), an inmate at Georgia State Prison in Reidsville, Georgia, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1) Along with his Petition, Cobble filed a Motion for Leave to Proceed *in Forma Pauperis*. (Doc. 2.)

However, Cobble's entirely handwritten Petition spans sixteen pages and is frequently illegible and incomprehensible. In its current form, the Court cannot determine the circumstances surrounding Cobble's detention or the relief he seeks. Additionally, Cobble's Motion for Leave to Proceed *in Forma Pauperis* is on the improper form. Cobble used a form for the United States District Court for the District of Columbia, and furthermore, provided unresponsive answers to the form's questions.

Accordingly, the Court **DEFERS** ruling on Cobble's Motion for Leave to Proceed *in Forma Pauperis* and **DIRECTS** Cobble to re-submit both his Petition and Motion for Leave to

---

[1] Jefferson B. Sessions, III, and Donald J. Trump are not proper parties to this action. The only proper respondent in a Section 2241 case is the inmate's immediate custodian—the warden of the facility where the inmate is confined. See Rumsfeld v. Padilla, 542 U.S. 426, 434–35 (2004). As Marty Allen is the Warden of Georgia State Prison in Reidsville, Georgia, the Clerk is **AUTHORIZED** and **DIRECTED** to change the name of the Respondent to Warden Marty Allen upon the docket and record of this case.

Proceed *in Forma Pauperis* on the correct forms within **twenty-one (21) days** of the date of this Order. To that end, the Court **DIRECTS** the Clerk of Court to provide Cobble with a blank copy of the form Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and a blank copy of the application to proceed *in forma pauperis* form which asks prisoner-petitioners questions about their inmate trust accounts on page 2 of this application. Cobble is directed to write legibly and to state his claims clearly.

Petitioner is also advised that, while this action is pending, he **shall immediately** inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 25th day of August, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA