# United States District Court
## Southern District of Georgia

DANIEL ERIC COBBLE,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 617-105

WARDEN MARTY ALLEN,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order adopting the Report and Recommendation of the Magistrate Judge dated 12/06/2017 as the opinion of the Court, Plaintiff's § 2241 Petition is dismissed without prejudice and Plaintiff's leave to proceed in forma pauperis on appeal is denied. This action stands closed.

| 12/06/2017 | | Scott L. Poff |
|---|---|---|
| *Date* | | *Clerk* |
| | | /s/ Jamie Hodge |
| | | (By) Deputy Clerk |